■ In the Matter of CHYREL N. HALL, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [65 NYS3d 819]—Order of interim suspension entered pursuant to 22 NYCRR § 1240.9. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Dec. 5, 2017.)

■ In the Matter of ROBERT M. GOLDSTEIN, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [65 NYS3d 820]—Order of interim suspension entered pursuant to 22 NYCRR § 1240.13. Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ. (Filed Dec. 5, 2017.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE R. BROWN, Appellant. [65 NYS3d 820]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, Lindley and Winslow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK GARCIA, Appellant. [65 NYS3d 821]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, Curran and Troutman, JJ.